RICHARD V. HARNETT, Respondent, *v.* ROBERT E. WESTCOTT, as President, etc., Appellant.

(Argued April 14, 1890; decided May 6, 1890.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made the first Monday of June, 1888, which affirmed an order denying a motion to set aside a verdict and for a new trial made upon the judge's minutes.

*Austen G. Fox* for appellant.

*Ira D. Warren* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.